IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MORAN, | 1:06-CV-01395-AWI-SMS-HC |
| Petitioner, | ORDER ACKNOWLEDGING PAYMENT OF FILING FEE BY PETITIONER |
| vs. | ORDER VACATING ORDER OF NOVEMBER 3, 2006 |
| K. MENDOZA-POWERS, Warden, | |
| Respondent. | (Doc. 4) |

Petitioner is a state prisoner proceeding pro se. On August 31, 2006, petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 at the United States District Court, Central District of California. On September 27, 2006, the case was transferred to the Eastern District of California and filed on October 5, 2006.

On November 3, 2006, the court ordered petitioner to submit an application to proceed in forma pauperis or pay the $5.00 filing fee. On November 16, 2006, petitioner submitted a notice to the court, providing evidence that he had paid the $5.00 filing fee for this case at the Central District of California on September 15, 2006. Petitioner is correct. For this reason, the court's order of November 3, 2006, shall be vacated.

Accordingly, IT IS HEREBY ORDERED that :

1. The court acknowledges that petitioner has paid the $5.00 filing fee for this action, and
2. The court's order of November 3, 2006, which ordered petitioner to submit an application to proceed in forma pauperis or pay the $5.00 filing fee, is VACATED in its entirety.

IT IS SO ORDERED.

**Dated:   November 29, 2006**          /s/ Sandra M. Snyder
ah0l4d                                  UNITED STATES MAGISTRATE JUDGE