# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MORAN,<br><br>        Petitioner,<br><br>    v.<br><br>K. MENDOZA-POWERS, WARDEN,<br><br>        Respondent. | CV F   06-1395 AWI SMS HC<br><br>ORDER DIRECTING RESPONDENT TO SUBMIT REPLY TO PETITIONER'S OPPOSITION<br><br>[Doc. 11] |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    On January 29, 2007, Respondent filed a motion to dismiss the instant petition as time-barred.  Petitioner filed an opposition on February 20, 2007.  (Court Doc. 11.)

    In his opposition, Petitioner contends that the statute of limitations did not begin to run until October 29, 2004, when the July 1, 2004, Board of Prison Term's decision was approved by the BPT headquarters and that limitations period should be equitably tolled until his prior attorney returned the case file to him.

    The Court finds that further briefing by the parties is necessary to resolve the claims raised by Petitioner.  Accordingly, it is HEREBY ORDERED that:

    1.    Within **twenty (20)** days from the date of service of this order, Respondent shall file a reply to Petitioner's opposition addressing the claims raised therein; and

    2.    Within **twenty (20)** days from the date Respondent files his reply, Petitioner may

1

1   file a response.
2
3   IT IS SO ORDERED.
4   **Dated:   May 17, 2007**               **/s/ Sandra M. Snyder**
                                            UNITED STATES MAGISTRATE JUDGE
5
6
7
...
28