# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MORAN, | CV F 06-1395 LJO SMS HC |
| Petitioner, | ORDER DIRECTING PETITIONER TO SUBMIT RESPONSE TO RESPONDENT'S REPLY |
| v. | |
| | [Doc. 15] |
| K. MENDOZA-POWERS, WARDEN, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On January 29, 2007, Respondent filed a motion to dismiss the instant petition as time barred. (Court Doc. 10.) Petitioner filed an opposition on February 20, 2007. (Court Doc. 11.) Pursuant to the Court's order of May 17, 2007, Respondent filed a reply to Petitioner's opposition, on June 11, 2007. (Court Doc. 15.) Petitioner did not file a response.

In determining whether a petitioner is entitled to equitable tolling, it is Petitioner who bears the burden of proof. Pace v. DiGuglielmo, 544 U.S. 408, 418; 25 S.Ct. 1807, 1814 (2005); Smith v. Duncan, 297 F.3d 809 (9th Cir.2002); Hinton v. Pac. Enters., 5 F.3d 391, 395 (9th Cir.1993).

In his opposition of February 20, 2007, Petitioner claims that his prior attorney did not return his legal documents to him until mid-February of 2005, after several written requests. Petitioner cites "See Exhibit #1." However, no such Exhibit or Document can be found in the

1 Court's record.

2    Accordingly, if Petitioner wishes the Court to review any evidence in support of his
3 claims for equitable tolling, Petitioner shall file further briefing and evidence in support of his
4 claims within **twenty (20)** days from the date of service of this order.
5 IT IS SO ORDERED.
6 **Dated:   July 9, 2007**                        /s/ Sandra M. Snyder
                                          UNITED STATES MAGISTRATE JUDGE