# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MORAN, | CV F   06-1395 LJO SMS HC |
|         Petitioner, | ORDER ADOPTING FINDINGS AND RECOMMENDATION |
|     v. | [Doc. 18] |
| K. MENDOZA-POWERS, WARDEN, | |
|         Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On August 16, 2007, the Magistrate Judge issued Findings and Recommendation that the Motion to Dismiss be GRANTED.  This Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within fifteen (15) days of the date of service of the order.  Over fifteen (15) days have passed and no party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued August 16, 2007, is ADOPTED IN FULL;
2. The Motion to Dismiss is GRANTED;

1

3. The Petition for Writ of Habeas Corpus is DISMISSED, with prejudice; and

4. The Clerk of Court shall terminate this action.

IT IS SO ORDERED.

**Dated:    September 17, 2007**          /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE